UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

E.S. VOGT,
         Plaintiff,

     v.                                   CIVIL ACTION
                                            No. 16-cv-12189-DPW

AMERGY SOLAR, INC.,
         Defendant.

## **SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

    The Court having been advised on **May 10, 2017**, that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

                                                                                BY THE COURT,

                                                                                /s/ Barbara I Beatty
                                                                                Deputy Clerk

DATED: May 12, 2017