# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.S. VOGT on behalf of themselves and other similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERGY SOLAR, INC.<br><br>　　　　　　　　Defendant. | Civil Action No. 1:16-cv-12189-DPW |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 68.2 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff E.S. Vogt ("Vogt") and Defendant Amergy Solar, Inc. ("Amergy"), by and through their undersigned attorneys, respectfully submit this joint Stipulation of Dismissal with prejudice and without costs of all of Vogt's claims against Amergy in the above-captioned action.

Dated: May 16, 2017

Respectfully submitted,

| | |
|---|---|
| By: _/s/ Anthony I. Paronich_____<br>Edward A. Broderick<br>Anthony I. Paronich<br>Broderick @ Paronich P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>(617) 738-7080<br>ted@broderick-law.com<br>Anthony@broderick-law.com<br><br>Matthew P. McCue<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Third Floor<br>Natick, MA 01760<br>(508) 655-1415<br>mmccue@massattorneys.net<br><br>*Attorneys for Plaintiffs* | By: _/s/ W. Daniel Deane_____<br>W. Daniel Deane (BBO # 568694)<br>NIXON PEABODY LLP<br>900 Elm Street, 14th Floor<br>Manchester, NH 03101<br>(603) 628-4047<br>ddeane@nixonpeabody.com<br><br>Troy K. Lieberman (BBO # 681755)<br>Julianna Malogolowkin (BBO #693320)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Tel: 617-345-1000<br>Fax: 617-345-1300<br>tlieberman@nixonpeabody.com<br>jmalogolowkin@nixonpeabody.com<br><br>*Attorneys for Defendant* |

Dated: _____, 2017
      Boston, Massachusetts

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE